No. 328.   PENNSYLVANIA *v.* MELLON NATIONAL BANK & TRUST CO., SUCCESSOR TO MELLON NATIONAL BANK. Supreme Court of Pennsylvania, Middle District.   Certiorari denied.   *Robert E. Woodside,* then Attorney General of Pennsylvania, *Frank F. Truscott,* Attorney General, and *H. F. Stambaugh* for petitioner.   *Charles E. Kenworthey* and *Roy J. Keefer* for respondent.

No. 333.   HACK *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *Albert Ward* and *Palmer K. Ward* for petitioner.   *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 334.   NINA DYE WORKS CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 3d Cir.   Certiorari denied.   *Dan Gordon Judge* for petitioner.   *Acting Solicitor General Stern, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 337.   UNITED STATES *v.* MORRELL.   C. A. 4th Cir. Certiorari denied.   *Acting Solicitor General Stern* for the United States.   *Herbert E. Witz* for respondent.

No. 338.   HIGHTOWER *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.   *Julius Lucius Echeles* for petitioner.

No. 339.   AVONDALE MARINE WAYS, INC. *v.* WILSON ET AL.   C. A. 5th Cir.   Certiorari denied.   *Harry McCall* for petitioner.   *Samuel J. Tennant, Jr.* for respondents.